The People of the State of New York, Respondent, 
against
Carlos Santiago, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Larry R.C. Stephen, J.), rendered June 13, 2015, convicting him, upon a plea of guilty, of public consumption of alcohol in violation of Administrative Code of City of NY § 10-125, and imposing sentence.




Per Curiam.
Judgment of conviction (Larry R.C. Stephen, J.), rendered June 13, 2015, reversed, on the law, and the accusatory instrument dismissed. 
As the People concede, defendant's conviction must be vacated since the plea record lacks the requisite "affirmative showing" that defendant understood and waived his Boykin rights (Boykin v Alabama, 395 US 238, 242 [1969]; see People v Tyrell, 22 NY3d 359, 365 [2013]). The People also agree that dismissal of the accusatory instrument is the appropriate corrective action in this particular case (cf. People v Conceicao, 26 NY3d 375, n 1 [2015]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: September 21, 2016